UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE MIGUEL ALEGRIA SANTANA,
*individually and on behalf of others similarly situated,*

Plaintiff,

-against-

1610 DELI CORP (D/B/A 1610 DELI CORP)
and ARACELIS VALDEZ,

Defendants.
-----------------------------------------------------------X

Index No. 21-cv-04078-CBA-CLP

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned that the Complaint and any and all claims that were or could have been asserted in this action by Plaintiff against Defendants are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees. The Court shall continue to maintain jurisdiction over the Settlement Agreement and any action, motion, or other proceeding to enforce its terms.

By: _____
Jesse Barton, Esq.
CSM Legal P.C.
60 East 42nd Street Suite 4510
New York, New York 10165
(212) 317-1200
*Attorneys for Plaintiff*

Dated: __April 12__, 2022

By: _____
Michael Chong, Esq.
Law Offices of Michael Chong, LLC
2 Executive Drive, Suite 240
Fort Lee, NJ 07024
(201) 947-5200
Attorneys for Defendants

Dated: __April 12__, 2022

SO ORDERED: *Cheryl L. Pollak*    Date: 5/9/2022
_____
Hon. Cheryl L. Pollak, U.S.M.J.